1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE:<br><br>MAKINO RESTAURANT GROUP, INC.<br>　　　　　　　Debtor(s).<br>———————————————<br>DAVID J. WINTERTON& ASSOC., LTD.<br>　　　　　　Appellant(s),<br><br>v.<br><br>SUNG KANG and SUE KANG,<br><br>　　　　　　Appellee(s). | 2:12-CV-643 JCM (PAL)<br><br>BK-S-08-14533-BAM<br>Chapter 11 |

**ORDER**

　　　　Presently before the court is appellant's motion to withdraw the bankruptcy appeal.  (Doc. # 7).  No responses or replies have been filed.

　　　　This motion is moot because this case is already closed pursuant to a prior order by this court. (*See* doc. # 6).

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1    Accordingly,

2        IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that appellant's motion to

3   withdraw the bankruptcy appeal (doc. # 7) be, and the same hereby, is DENIED as moot.

4        DATED March 26, 2013.

5

6   _____

7   UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**

- 2 -