# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| IN RE: | 2:12-CV-643 JCM (PAL) |
|---|---|
| MAKINO RESTAURANT GROUP, INC.<br>    Debtor(s). | BK-S-08-14533-BAM<br>Chapter 11 |
| DAVID J. WINTERTON & ASSOC., LTD.<br>    Appellant(s),<br>v.<br>SUNG KANG and SUE KANG,<br>    Appellee(s). | |

**ORDER**

Presently before the court is appellant's motion to withdraw the bankruptcy appeal. (Doc. # 7). No responses or replies have been filed.

This motion is moot because this case is already closed pursuant to a prior order by this court. (*See* doc. # 6).

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that appellant's motion to withdraw the bankruptcy appeal (doc. # 7) be, and the same hereby, is DENIED as moot.

DATED March 26, 2013.

*/s/ James C. Mahan*
**UNITED STATES DISTRICT JUDGE**